

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2017

No. 04-16-00252-CV

Jean Eckford **HARDAWAY**, et al.,
Appellants

v.

Lou Eda **KORTH** Stubbs Nixon, et al.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-09-0188-CVK
Honorable Russell Wilson, Judge Presiding

## O R D E R

Appellees' motion for rehearing was due December 7, 2017. Appellees have filed an unopposed motion for extension of time, asking for an extension to December 21, 2017. After review, we **GRANT** appellees' motion and **ORDER** appellees to file their motion for rehearing on or before December 21, 2017.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2017.

KEITH E. HOTTLE,
Clerk of Court